

# Fourth Court of Appeals
## San Antonio, Texas

June 28, 2021

No. 04-21-00179-CV

**IN THE INTEREST OF K.K.O, K.Z.B, Q.K.B, AND A.E.B**.,

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-02560
Honorable Susan D. Reed, Judge Presiding

# O R D E R

This is an accelerated appeal of the trial court's order terminating appellant's parental rights. This appeal is required to be brought to final disposition within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2.

Appellant's brief is due on June 28, 2021. On June 28, 2021, appellant timely filed a motion for extension of time requesting an extension of time to file appellant's brief. The motion is GRANTED, and appellant's brief must be filed **no later than July 19, 2021**. Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of June, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court